Gary A. Hecker, Esq. (Cal. Bar No. 099008)  JS6
James M. Slominski, Esq. (Cal. Bar No. 166457)
**THE HECKER LAW GROUP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:   (310) 286-0488
Email: ghecker@hh.com;
         jslominski@hh.com

Attorneys for Plaintiff:
J.W.P. LENDERS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W.P. LENDERS CORPORATION, a California corporation, dba RPM LENDERS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RPM LOANS & REALTY, INC., a Florida corporation, MARTA COMAS, an individual, ROLANDO COMAS, an individual; and DOES 1-10 inclusive,<br><br>　　　　　　　　　　Defendants. | Civil Action No. CV-07-06815 JFW (AJWx)<br><br>**FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION** |

　　　　**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered as follows against Defendants, and as to each of them as follows:

　　　　1.　　This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b).

　　　　2.　　This Court has personal jurisdiction over the parties.

　　　　3.　　The term Defendants as used in this Judgment shall be deemed to include RPM LOANS & REALTY INC., MARTA COMAS and ROLANDO COMAS and:

-1-

(1) all present and future affiliated, parent, and/or subsidiary companies; (2) all present and future individuals who own a controlling interest in any of the Defendants or in any affiliated, parent, and/or subsidiary company; (3) all present and future entities in which any of the Defendants have controlling interest; (4) all present and future employees of Defendants; and (5) all of their successors in interest, including any acquirer of substantially all of the assets of any Defendant.

4. Plaintiff is the owner of Federal Trademark Registration No. 2,030,736 for the mark RPM LENDERS for financial services (the "Registration").

5. Plaintiff is the owner of the Marks RPM LENDERS and RPM (collectively the "RPM Marks") used in connection with, among other things, financial services.

6. Plaintiff filed a Combined Declaration of Use and Incontestability on January 16, 2003 which was accepted by the United States Patent and Trademark Office on April 8, 2003.

7. Under 15 U.S.C. §1115(b) a trademark registration which has become incontestable is conclusive evidence of the validity of the registered Mark and its registration, of the registrant's ownership of the Mark, and of the owner's exclusive right to use the registered Mark in commerce.

8. Plaintiff filed a renewal of the Registration on January 12, 2007, which was accepted by the United States Patent and Trademark Office on March 28, 2007.

9. Plaintiff has used the RPM Marks for financial services in a continuous fashion.

10. Plaintiff has been, and presently is, using the domain name rpmlenders.com as the internet address for RPM Lenders website.

11. Defendants have used the RPM Marks without Plaintiff's permission in a manner likely to cause confusion, mistake, or deception thereby violating Plaintiff's rights under 15 USC Section 1114(a) et. seq. and 15 USC 1125(a).

12. Defendants, and each of them, and including their agents, servants,

officers, directors, employees, attorneys, and all other persons in active participation therewith, are permanently enjoined and restrained from:

 a. Using the RPM Marks and/or anything confusingly similar thereto for any and all purposes including, but not limited to, use in advertising, use on the internet, use on any website, use in any domain name, and use in metatags, keywords, links, embedded links, referrals, or pointers; and

 b. Using on the Internet any domain names, metatags, keywords, links, embedded links, text and/or the like, that incorporate, use, refer to, direct, or create, or cause a relationship or association with the term "RPM" or the RPM Marks and/or anything confusingly similar thereto.

 c. Using any other words, marks, designs, phrases, or the like in a manner likely to cause confusion, mistake, or deception in connection with the offering or providing of financial services.

13. Defendants, and each of them, and including their agents, servants, officers, directors, employees, attorneys, and all other persons in active participation therewith, are instructed to immediately:

 a. Terminate all contracts, linking agreements, and/or the like, that relate in anyway to the use of the RPM Marks and/or anything confusingly similar thereto;

 b. Instruct all internet search engine companies and/or providers and/or entities known to direct or provide internet traffic that they must cease all use of the RPM Marks and/or anything confusingly similar thereto to direct internet traffic to any website owned and/or affiliated with Defendants;

 c. Remove from circulation all materials that previously used and/or referenced the RPM Marks and/or anything confusingly similar thereto; and

 d. Transfer to RPM Lenders all domain names that contain any of the RPM Marks in whole or in part including, but not limited to, rpmloans.com.

[continued on the next page]

   14. The Court retains jurisdiction to enforce or amend as necessary this judgment in accordance with settlement agreement executed by the parties, including jurisdiction to award attorney's fees and costs as well as damages.

Dated: February 6, 2008       _____
                 United States District Court Judge

JUDGMENT CONSENTED TO BY:

Dated: _____1/30/08___    /s/_____
                J.W.P. LENDERS CORPORATION

Dated: _____1/30/08___    /s/_____
                R.P. M. LOANS & REALTY, INC.

Dated: _____1/30/08___    /s/_____
                MARTA COMAS

Dated: _____1/30/08___    /s/_____
                ROLANDO COMAS